# THE BERNSTEIN LAW FIRM

*Attorneys and Counselors at Law*
1688 Meridian Avenue, Suite 418
Miami Beach, Florida 33139
Tel. (305) 672-9544/ (718)475-5603 Fax. (305) 672-4572
e-mail: michael@bernstein-lawfirm.com

May 5, 2015

**Via ECF**
Hon. George B. Daniels
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    ***Car Charging Group, Inc. v. Garden State Securities, Inc., et al***
             ***Case No. 14-CV-7557***

Your Honor:

Our Firm represents Plaintiff Car Charging Group, Inc. ("CCGI") in the above referenced action. On May 4, 2015, all parties entered into a final binding Settlement Agreement which amicably resolved this case in its entirety. As a result, we will be filing a Notice of Dismissal, reserving jurisdiction with the Court to enforce the terms of the Settlement Agreement.

Therefore, while Your Honor's office was attempting to reschedule the status conference originally scheduled for today May 5, 2015, as represented to your Chambers last week, the parties believe that no further conferences are necessary.

Respectfully submitted,

THE BERNSTEIN LAW FIRM

Michael I. Bernstein, Esq., *for the firm*

cc: all counsel of record